Your Honor,

I greatly appreciate the attention you're giving this matter pertaining to my son Michael. I am Michael's father, Roger Machonis.

I have always been a part of Michael's life. I am and have been greatly saddened by his situation and that of his victims, as his whole family has. I feel devastated as to situation and the circumstances that brought him here.

Michael has always had issues with social situations and personal relationships, which are attributed to his diagnosis of Asperger's, a form of autism. He always attended special education classes in school. He has, on numerous occasions, had personal boundary issues, according to his teachers and counselors. Michael has diminished communication skills. He hadn't been in trouble with the law before this. Michael has displayed compassion throughout his life, being kind to his family and especially to animals. He has volunteered for months at a time at local animal shelters, cleaning cages and cleaning up after animals, feeding animals and walking the dogs. In school, there were several instances where Michael came to a fellow student's assistance during bullying situations. He did this, even though it caused him harm by the bullies. Michael knew what it was like to be bullied, since he himself had been bullied numerous times due to his disabilities.

I noticed Michael becoming more and more isolated due to his social relationship issues. He became more and more involved in computer gaming. This developed into online gaming, virtual reality

gaming and role playing in these games. He felt accepted by this online community and therefore this became his new lifestyle and his new reality. He had always dreamed of becoming a police officer, fireman or first responder. He also dreamed of becoming a professional baseball player. The role playing in these virtual reality games allowed him to become part of these professions that he idolized. I knew that he was getting increasingly involved in the online gaming lifestyle, but I had no idea that it would evolve into this horrible situation. I didn't even know how to break him out of the obsession of online gaming and role playing.

Michael has lived with me and my father for the past 15 years, and my sister for the past 6 years. None of us had any idea that he would become involved in this. We all tried to get him to go to work and to get out of the house, but he was so heavily invested and obsessed with this online gaming and virtual reality existence. It became his entire life and his reality.  There was a time that he did work part time for about 4 years, starting when he was about 18. But, once he got involved with this online gaming, he refused to work anymore. All he wanted to do was be a full-time game and role-player. He kept telling us he could make money doing this. He also encountered a lot of bullying when he was working, which contributed to his not wanting to work or be around people. Michael's new reality was one that he experienced during all the gaming. It became his life. The only time Michael would leave the house was if we went out to play golf, go bowling or have a catch outside. Otherwise, he just didn't want to go out and would stay in his room, gaming.

Looking back at the fantasy life he had doing all the role playing, I truly believe that this created a distorted sense of reality which got

worse over time. But I had no idea at the time that his distorted reality was this bad. And I absolutely had no sense that he was going down a very dark path. Nobody did. I would have sought help for him had I known his behavior devolved into this heinous activity involving children.

When Michael's computer and phone were confiscated, I wasn't given a reason for the seizure so I, along with the rest of my family, speculated that maybe he had become involved in some kind of financial scam with the people he was gaming with. It wasn't until he was detained by U.S. Marshal's that we learned of the allegations against him and eventually the details of his crimes.

Michael has admitted his guilt and has expressed remorse as to what he has done to his victims. There is no excuse for his actions. However, I wanted to give you a glimpse into his psyche. I hope that Michael can be fully rehabilitated and live a normal life in the near future. As Michael's father, I am hoping that while the victims absolutely deserve justice, that you will consider Michael's background and disabilities when you decide on his sentence.

I hope and pray that the victims and their families can heal from this.

Sincerely,
Roger Machonis